# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

139759

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v                                                    SC: 139759
                                                     COA: 280521
                                                     Kalamazoo CC: 06-002439-FH

CHARLENE MAY RATLIFF,
    Defendant-Appellant.

_____/

    On order of the Court, the application for leave to appeal the August 11, 2009
judgment of the Court of Appeals is considered, and it is DENIED, because we are not
persuaded that the questions presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

Clerk

1214